UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

BRIA BLACKMON,

    Petitioner,      Case No. 19-11003

v.

SHAWN BREWER

    Respondent.

_____/

**JUDGMENT**

In accordance with the June 21, 2022 Opinion and Order Denying Petition for Writ of Habeas Corpus and Granting a Certificate of Appealability,

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Shawn Brewer and against Petitioner Bria Blackmon.

Dated at Port Huron, Michigan, this 21st day of June, 2022.

            DAVID J. WEAVER
            CLERK OF THE COURT

          BY:s/Lisa G. Wagner
            Lisa Wagner, Deputy Clerk
            and Case Manager to
            Judge Robert H. Cleland